```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                    EASTERN DIVISION
```

**MICHAEL J. TARVIN, #13584**                                      **PLAINTIFF**

**VERSUS**                           **CIVIL ACTION NO.4:06cv52TSL-JCS**

**UNKNOWN CASKEY, et al.**                                        **DEFENDANTS**


                         FINAL JUDGMENT

   This cause is before the court, sua sponte, for consideration of dismissal.  Pursuant to the opinion and order issued this day, it is hereby, ORDERED AND ADJUDGED that this cause be dismissed without prejudice.

   SO ORDERED AND ADJUDGED, this the  23rd  day of June, 2006.


                           /s/Tom S. Lee
                           UNITED STATES DISTRICT JUDGE